FILED

2008 Jul-03  PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSEPH E. WATSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-CV-1599-VEH** |
| | ) | |
| **ASSET ACCEPTANCE, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## ORDER OF DISMISSAL

Based upon the Plaintiff's Motion to Dismiss, Doc. #32, in the above styled case, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** this the 3rd day of July, 2008.

**VIRGINIA EMERSON HOPKINS**
United States District Judge

1